IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02193-BNB

DEANDRE ANTONIO THIRKIELD,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
JOHN ASHCROFT,
WARDEN BLAKE R. DAVIS,
CH[IE]F CHAIRMAN OF UNITED STATES POSTAL SERVICE
    "PERSONAL NAME ADD,"
ATTORNEY AT LAW MARGARET FLORAL,
PUBLIC DEFENDER FOR DISTRICT COURT OF COLO.,
ATTORNEY AT LAW REGIONAL MILKIEN,
ATTORNEY FEES PAID,
ATTORNEY LAW FIRM,
ATTORNEY AT LAW GEORGINA MILKIEN,
ATTORNEY FEES PAID,
ATTORNEY LAWFRA,
ATTORNEY AT LAW KADECI SMITHERS,
ATTORNEY FEES PAID,
ATTORNEY AT LAW SYLVIA MUNIC,
ATTORNEY FEES PAID,
SELIGMAN LAW, and
DEFENSE MUNIC,

    Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff, Deandre Antonio Thirkield, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He submitted to the Court *pro se*, in two separate mailings, a letter to the Court, a document titled "BPU

Rosouloution [sic] to the Regional Office Kansas," and two documents labeled as both a "Motion to Proceed Pursuant to 28 U.S.C. § 1915" and a "Prisoner Complaint." The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on September 8, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Thirkield to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The September 8 order directed Mr. Thirkield to submit on the Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing obtained from the appropriate prison official. Subsection (a)(2) of § 1915 requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The September 8 order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. The September 8 order also directed Mr. Thirkield to submit a Prisoner Complaint on the Court-approved form.

The September 8 order warned Mr. Thirkield that, if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. On September 21, 2010, Mr. Thirkield submitted a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. On October 1, 2010, he submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and an amended complaint listing the barely legible

2

names of Defendants, included by the Court in the caption to this order. However, Mr. Thirkield has failed to submit a certified account statement for the six-month period immediately preceding this filing certified by the appropriate prison official. Therefore, Mr. Thirkield has failed within the time allowed to cure all the deficiencies listed in the September 8 order. Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Deandre Antonio Thirkield, within the time allowed, to cure all the deficiencies designated in the order to cure filed on September 8, 2010. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that any other pending motions are denied as moot.

DATED at Denver, Colorado, this  26th  day of  October , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02193-BNB

DeAndre A. Thirkield
Reg No. 50204-019
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/27/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk